THE PEOPLE *v*. ARCHILLA.

APPEAL from the District Court of Arecibo.

No. 5.—Decided March 6, 1906.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—ERRORS.—Where there is no bill of exceptions or statement of facts, and it does not appear from the record that any error was committed which would justify the reversal of the judgment appealed from, the same must be affirmed.

The facts are stated in the. opinion.
*Mr. Rossy, fiscal,* for respondent.
The appellant did not appear.
MR. JUSTICE WOLF delivered the opinion of the court.

This is an appeal from a judgment of the District Court of Arecibo in a case of falsification of evidence. The defendant was charged with having offered and promised $4 to a

witness to testify in his favor. The trial was had before a jury, and the defendant declared guilty, and sentenced to two years and six months in the penitentiary at hard labor, and the costs.

None of the evidence taken at the trial nor the charge of the court appear in the record. There is no bill of exceptions nor statement of facts, and nothing has been presented to us in the shape of a brief or an argument which would show that any error was committed by the court below.

For these reasons the sentence must be affirmed.

*Affirmed.*

Chief Justice Quiñones, and Justices Hernández, Figueras and MacLeary concurred.